UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS | CASE NO. 1:17-MJ-269<br><br>MAGISTRATE JUDGE LITKOVITZ |

**ORDER UNSEALING SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, NON-DISCLOSURE ORDERS, AND RELATED DOCUMENTS**

IT IS HEREBY ORDERED, upon motion of the United States and for good cause shown, that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents filed herein and ordered sealed by this Court, be unsealed by the Clerk of Courts. This case shall be unsealed.

3/28/2024
DATE

HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE

1